UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

_____
                                        )
In re:                                  )
                                        )
    CHRISTOPHER B. PEMENTAL,            )    Chapter 7
                                        )    Case No. 07-11093
                Debtor                  )
_____  )

## POSITION OF THE UNITED STATES TRUSTEE - COUNSEL'S RULE 2016(b) DISCLOSURE

NOW COMES the United States Trustee, pursuant to 28 U.S.C. §586(a)(3) and 11 U.S.C. §307, who respectfully reports that her counsel have made a preliminary inquiry into fees paid to the debtor's counsel, as disclosed on the Rule 2016(b) certificate.

The United States Trustee has requested that counsel for the debtor file a supplemental disclosure statement providing more detail regarding the following:

1. The source of the fees, i.e, were they from entities wholly owned by the debtor;

2. The dates fees were incurred and the dates of payment;

3. Whether and how much of the legal services were related to bankruptcy planning, and/or preparation of the Debtor's Chapter 7 petition, as well as information regarding the amount of fees paid for non-bankruptcy legal services.

4. The United States Trustee respectfully asserts that this additional information is needed before her office and make any definitive conclusions regarding counsel's fees.

*In re: Stromberg* *Chapter 7*
*Case No.: 02-13631*

*UST - Motion To Extend*

June 29, 2007                    Respectfully submitted,

                                          PHOEBE MORSE
                                          The United States Trustee - Region 1

By:    */s/ Leonard J. DePasquale*
       Leonard De Pasquale,
       Assistant United States Trustee
       U.S. Department of Justice
       Office of the U.S. Trustee
       10 Dorrance Street, Suite 910
       Providence, RI 02903
       TEL: (401) 528-5551 Ext 100
       FAX: (401) 528-5163

Dated: <u>June 29, 2007</u>

## CERTIFICATE OF SERVICE

The undersigned certifies that he electronically filed the attached position with the Clerk of the U.S. Bankruptcy Court via CM/ECF on the 29th day of June, 2007, with the following individuals receiving electronic notice:

Matthew J. McGowan at [mcgowan@smsllaw.com](mailto:mcgowan@smsllaw.com)

Lisa Geremia at [lisa@geremiademarco.com](mailto:lisa@geremiademarco.com)

                                                */s/ Leonard J. DePasquale*