# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re:

Christopher B Pemental,

Debtor.

Case No. 07-11093-ANV
Chapter 7

### Order Granting First Horizon Home Loan Corporation Relief From The Automatic Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that the Secured Party's, First Horizon Home Loan Corporation, its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted with a waiver of the 10 day stay provided by Bankruptcy Rule 4001(a)(3) and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Christopher Pemental to Mortgage Electronic Registration Systems, Inc., dated September 7, 2004, recorded with the Records of Land Evidence in the Town of Barrington at Book 869, Page 84, which covers the premises located at 66-68 County Road, Barrington, RI 02806, and may exercise its rights under said Mortgage, preserving and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

*[signature]*

Honorable Arthur N. Votolato
United States Bankruptcy Judge

Entered on docket: 8/16/07

200704-0765

200704-0765     BKR

/Proposed Order of Relief/Pemental, Christopher